**No. 11-7252. MaxMillian Kunitz, Sr., Petitioner v. Ken Clark, Warden.**

565 U.S. 1161, 132 S. Ct. 1135, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 721.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

**No. 11-7263. Phillip Wood, Petitioner v. John Main.**

565 U.S. 1161, 132 S. Ct. 1100, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 881, ▮

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

**No. 11-7264. Steven J. Pape, Petitioner v. Rick Thaler, Director, Texas Department of Criminal Justice, Correctional Institutions Division.**

565 U.S. 1162, 132 S. Ct. 1100, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 863.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

Same case below, 645 F.3d 281.

**No. 11-7273. Harold L. Morris, Petitioner v. New Mexico.**

565 U.S. 1162, 132 S. Ct. 1102, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 783.

January 17, 2012. Petition for writ of certiorari to the Court of Appeals of New Mexico denied.

**No. 11-7276. Michael Perkins, Petitioner v. Lieutenant Quinn, et al.**

565 U.S. 1162, 132 S. Ct. 1102, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 707.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-7277. Michael Perkins, Petitioner v. David Rock, Superintendent, Upstate Correctional Facility, et al.**

565 U.S. 1162, 132 S. Ct. 1102, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 763.

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

**No. 11-7282. Duvallon C. Parker, Petitioner v. Tim Lally Chevrolet.**

565 U.S. 1162, 132 S. Ct. 1102, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 900, ▮

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

**No. 11-7287. Ismail Shabazz, Petitioner v. Kenneth S. Tucker, Secretary, Florida Department of Corrections.**

565 U.S. 1162, 132 S. Ct. 1102, 181 L. Ed. 2d 987, 2012 U.S. LEXIS 729, ▮

January 17, 2012. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.